IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EUGENE HAMILTON, | ) | No. C 08-0167 RMW (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| CALIFORNIA STATE PRISON LANCASTER, | ) | |
| Defendant. | ) | |

    Plaintiff, proceeding pro se, filed a complaint concerning the conditions of his confinement at the California State Prison in Lancaster, California, where he is currently incarcerated. Accordingly, the acts complained of occurred in Los Angeles County, which lies within the venue of the Central District of California. Therefore, venue properly lies in the Central District and not in this court. See 28 U.S.C. § 1391(b). Therefore, this case is TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S.C. § 1406(a). The clerk shall terminate any pending motions and transfer the entire file to the Central District of California.

    IT IS SO ORDERED.

DATED: __1/29/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\pro-se\sj.rmw\cr.07\Cevallos001trans    1

1  This is to certify that on    2/12/08   , a copy of this ruling was mailed to the following:

2

3

4  Eugene Hamilton
T-33081
CSP - Lancaster
5  P.O. Box 4670, INF 17
Lancaster, CA  93539

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28